UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

US MAGISTRATE COURT
GRG-SDTX
FILED

NOV 2 2 2011   **CR**

David J. Bradley, Clerk
Laredo Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | COMPLAINT NO. 11-MJ-1724 |
| | § | |
| **JUAN MANUEL ESQUIVEL** | § | |

<u>ORDER</u>

Upon consideration of Government's Motion to Dismiss, it is hereby ORDERED that the Criminal Complaint in the above-styled and numbered cause be DISMISSED without prejudice as to Defendant, **JUAN MANUEL ESQUIVEL,** in the interest of justice.

IT IS FURTHER ORDERED that the Clerk of the United States District Court deliver a copy of this Order to the United States Marshal for the Southern District of Texas.

DONE at Laredo, Texas, this _22nd_ day of _November_ 2011.

UNITED STATES MAGISTRATE JUDGE
Guillermo R. Garcia